# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LYDIA A. PEDUZZI,

    Plaintiff,

v.                                    CASE NO.: 6:21-cv-01086-CEM-DCI

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and
SYNCHRONY BANK, N.A.,

    Defendant.

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

    I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this July 14, 2021 to all parties of record.

Respectfully submitted,

*/s/ Hans W. Lodge*
Hans W. Lodge, Esq. (Pro Hac Vice)
MN Bar No. 0397012
BERGER MONTAGUE PC
229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 607-7794
Fax: (612) 584-4470
hlodge@bm.net

*/s/ William Peerce Howard*
William "Billy" Peerce Howard, Esq. Florida Bar No.: 0103330
The Consumer Protection Firm
401 East Jackson Street, Suite 2340
SunTrust Financial Center
Tampa, FL 33602
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Billy@TheConsumerProtectionFirm.com

*Attorneys for Plaintiff*