UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LYDIA A. PEDUZZI,**

        **Plaintiff,**

**v.**                              **Case No.  6:21-cv-1086-CEM-DCI**

**SYNCHRONY BANK, N.A.,**

        **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Notice of Settlement (Doc. 77), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 11, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record